IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: 1:08-CR-50 |
| vs. | ) |
| ADRIAN MITCHELL, | ) JUDGE BECKWITH |
| SSN: XXX-XX-8848 | ) |
| Defendants, | ) |
| and | ) |
| OHIO PUBLIC EMPLOYEES DEFERRED COMPENSATION PROGRAM, | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee no longer has possession of the property of the Defendant,

**IT IS HEREBY ORDERED** that the June 15, 2012 Writ of Continuing Garnishment against the property of the Defendants be quashed.

Date: 7/2/12

_Karen L. Litkovitz_
UNITED STATES MAGISTRATE JUDGE